UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                              ORDER OF DISMISSAL
                                                          FOR
**Tronox Incorporated**                             FAILURE TO PROSECUTE
                                                    BANKRUPTCY APPEAL

-----------------------------------------------------X      21-CV-10717 JPC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                          BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Courtney Webb
BANKRUPTCY DOCUMENT #: 9579

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

        _X_  FRBP 8009
        ___  Federal Rules of Civil Procedure (Rule _____)
        _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
        ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 30, 2022**                           Vito Genna, Clerk
        New York, New York                          U.S. Bankruptcy Court, SDNY

                                                    By:   ___s/ Anatin Rouzeau___
                                                              Deputy Clerk

                                    ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 1_____ 20_22_                  _____
        New York, New York                          Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                   District Court, SDNY

                                                   By: _____
                                                           Deputy Clerk